FILED

JAN 10 2014

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| KRISTY ANN FOX,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>JOAN DALY; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>　　　　　　Respondents. | CV 13-156-BLG-SEH<br><br>ORDER |

On December 20, 2013, United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendations[1] in this matter. Plaintiff filed objections on January 8, 2014.[2] The Court reviews de novo findings and

---

[1] Doc. 3.

[2] Doc. 4. Objections were due January 6, 2014; however, Plaintiff's objections were dated January 4, 2014, and the Court will consider such objections.

recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon de novo review of the record, I find no error in Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Petition[3] is DENIED on its merits.

2. A certificate of appealability is DENIED.

3. The Clerk of Court is directed to enter judgment in favor of Respondents and against Petitioner.

DATED this 10th day of January, 2014.

SAM E. HADDON
United States District Judge

---

[3] Doc. 1.